IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CRISTOPHER CRAWFORD                                    PLAINTIFF

v.                        No. 4:22-cv-424-DPM

KIMCO FAMILY RESTAURANTS, LLC                          DEFENDANT

## JUDGMENT

Crawford's complaint is dismissed with prejudice. The Court retains jurisdiction until 8 November 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

16 September 2022